UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIM TUCKER,

                Plaintiff,

   v.

JOHN SCHWAN, et al.,

                Defendants.

Case No. 2:18-cv-00514RSM

ORDER DENYING IFP APPLICATION

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (Dkt. #4), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and the Plaintiff having filed no Objections to the Report and Recommendation, hereby finds and ORDERS as follows:

   (1)    The Court ADOPTS and approves the Report and Recommendation.

   (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. #4) is DENIED.

   (3)    Plaintiff shall pay the required filing fee [$400.00] to the Clerk of the Court within **thirty (30) days** of the date of this Order.

   (4)    The Clerk is directed to send copies of this Order to plaintiff.

DATED this 31st day of May, 2018.

                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE