UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIM TUCKER,

                            Plaintiff,                      Case No.   C18-514RSM

            v.

JOHN SCHWAN, CTI INDUSTRIES, et al.,                       ORDER

                            Defendants.

By Minute Order dated May 4, 2020, (dkt #13), Plaintiff was directed to show cause by

May 22, 2020, why this action should not be dismissed for failure to prosecute and failure to

comply with the Court's previous order, pursuant to Fed. R. Civ. P. 41(b).   To date, no response

has been filed.

This action is hereby DISMISSED without prejudice.


DATED this 26th day of May, 2020.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE