UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIM TUCKER, | CASE NO. C18-514 RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN SCHWAN, et al., | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: Plaintiff's June 3, 2020 letter (Dkt. #17) memorializes his oral request to the Clerk that the Court reconsider dismissal and consider his late-docketed response (Dkt. #15) to the Court's Order to Show Cause (Dkt. #13). To the extent Plaintiff's letter properly seeks any relief, the Court has already sua sponte granted him such relief and his request is moot. *See* Dkt. #16 (granting reconsideration and affirming dismissal after considering Plaintiff's late-docketed response (Dkt. #15)). This matter remains closed. Further filings will be considered only as required by the applicable rules.

DATED this 3rd day of August, 2020.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER – 1